**Exhibit 1**

| | Claim Term/Phrase | AOS's Proposed Construction | AOS's Intrinsic Evidence | BW's Proposed Construction | BW's Intrinsic Evidence |
|---|---|---|---|---|---|
| 1 | "exhaust plenum"/ "plenum" (Claim 1) | Plain and ordinary meaning, or if a construction is necessary: "a compartment or chamber within the 'water heater' where the 'products of combustion' collect before being exhausted" | '897 Patent at Abstract; Claim 1; col. 1, ln. 12-17; col. 1, ln. 35-42; col. 1, ln. 54-64; col. 2, ln. 50-53; col. 3, ln. 9-11; col. 3, ln. 21-28; col. 3, ln. 38-49; col. 3, ln. 58-67; col. 4, ln. 1-19; col. 5, ln. 19-29; col. 6, ln. 1-5; and Figs. 1-6. | "space" | '897 Patent at Abstract; Claim 1; Col. 1, ln. 35-42; Col. 3, ln. 9-11; Col. 3, ln. 38-49; Col. 4, ln. 12-19; and FIGS. 1-6 |
| 2 | "near atmospheric pressure" (Claim 1) | Plain and ordinary meaning, or if a construction is necessary: "a pressure sufficient to allow 'the products of combustion to rise out of the plenum . . . substantially entirely under the influence of natural convection'" | '897 Patent at Claim 1; col. 1, ln. 12-17; col. 1, ln. 35-42; col. 1, ln. 54-64; col. 3, ln. 21-28; col. 3, ln. 38-49; col. 3, ln. 54-67; col. 4, ln. 1-19; col. 5, ln. 19-29; col. 6, ln. 1-5; and Figs. 1-6. | Indefinite under 35 U.S.C. § 112 | N/A |
| 3 | "natural convection" (Claim 1) | Subject to Super-Early Claim Construction.  If a further construction is necessary: "fluid | '897 Patent at Abstract; Claim 1; col. 1, ln. 12-17; col. 1, ln. 35-42; | "fluid motion occurring only due to temperature gradients in the fluid" | '897 Patent at Abstract; Claim 1; Col. 1, ln. 12-17; Col. 4, ln. 3-19; and |

| | | motion facilitated by 'dropping the pressure of the products of combustion to near atmospheric pressure' and occurring without the influence of the power burner" | col. 1, ln. 54-64; col. 2, ln. 1-8; col. 4, ln. 3-19; col. 5, ln. 19-29; col. 6, ln. 1-5; and Fig. 3. | | FIG. 3. |
|---|---|---|---|---|---|

# EXHIBIT A

US008375897B2

(12) **United States Patent**
Smith et al.

(10) **Patent No.:** **US 8,375,897 B2**
(45) **Date of Patent:** **Feb. 19, 2013**

(54) **GAS WATER HEATER**

(75) Inventors: **Herbert Edward Smith**, Sumter, SC (US); **Gordon Stretch**, Columbia, SC (US)

(73) Assignee: **AOS Holding Company**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 414 days.

(21) Appl. No.: **12/623,779**

(22) Filed: **Nov. 23, 2009**

(65) **Prior Publication Data**
US 2010/0064987 A1    Mar. 18, 2010

**Related U.S. Application Data**

(63) Continuation of application No. 11/464,998, filed on Aug. 16, 2006, now Pat. No. 7,634,977.

(51) **Int. Cl.**
*F24H 1/18*    (2006.01)
(52) **U.S. Cl.** ................. **122/13.3**; 122/155.1; 122/155.2; 126/307 A
(58) **Field of Classification Search** ................. 122/5.51, 122/5.52, 13.3, 19.1, 135.1, 135.2, 155.1, 122/164; 110/345; 126/307 A
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,966,946 A | * | 7/1934 | Coulston ................... 126/307 A |
| 4,215,814 A | * | 8/1980 | Ebert ............................. 236/1 G |
| 4,422,844 A | | 12/1983 | Graham et al. |
| 4,752,213 A | | 6/1988 | Grochowski et al. |
| 4,842,510 A | | 6/1989 | Grunden et al. |
| 5,197,415 A | * | 3/1993 | Stretch et al. .............. 122/14.22 |
| 5,239,947 A | * | 8/1993 | Schimmeyer ................ 122/14.1 |
| 5,732,692 A | * | 3/1998 | Schimmeyer ............. 126/285 A |
| 5,845,632 A | * | 12/1998 | Schimmeyer ................ 122/13.01 |
| 6,412,447 B1 | | 7/2002 | Trant et al. |
| 6,508,207 B2 | | 1/2003 | Shellenberger et al. |
| 6,557,501 B2 | * | 5/2003 | Hughes ...................... 122/13.01 |
| 6,908,300 B1 | | 6/2005 | Donnelly |
| 7,559,293 B2 | * | 7/2009 | Gordon et al. ............. 122/13.01 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0223691 A1 | 5/1987 |
| GB | 888113 A | 1/1962 |
| GB | 1565198 A | 4/1980 |

OTHER PUBLICATIONS

EP06250096.2 Search Report dated Oct. 21, 2010.

* cited by examiner

*Primary Examiner* — Gregory A Wilson
(74) *Attorney, Agent, or Firm* — Michael Best & Friedrich LLP

(57) **ABSTRACT**

A gas water heater includes a power burner, a flue tube, an exhaust plenum, and a draft hood. The flue tube includes a portion that describes at least a 360° loop. Products of combustion are forced through the flue tube under the influence of the power burner, and enter the exhaust plenum. In the exhaust plenum, the pressure of the products of combustion drops such that the products of combustion flow into the draft hood substantially entirely under the influence of natural convection. In one embodiment, the power burner fires down into the flue tube through a side wall of the water heater, the loop of the flue tube is near the bottom of the water heater, and the plenum is in the top of the water heater.

**1 Claim, 5 Drawing Sheets**





*FIG. 1*



**FIG. 2**



*FIG. 3*





*FIG. 7*

US 8,375,897 B2

1

# GAS WATER HEATER

## RELATED APPLICATIONS

This application is a continuation of and claims priority to U.S. patent application Ser. No. 11/464,998 filed on Aug. 16, 2006 now U.S. Pat. No. 7,634,977, the entire content of which is incorporated herein by reference.

## BACKGROUND

The present invention relates to a gas water heater, and more particularly to a gas water heater that utilizes a power burner and an exhaust plenum to permit natural convection exhaust of products of combustion, or a coiled flue tube, or a combination of power burner, coiled flue tube, and exhaust plenum.

## SUMMARY

In one embodiment, the invention provides a water heater comprising a water storage tank having a side, top, and bottom, the tank having a first hole in the side of the tank and a second hole in one of the top and bottom of the tank, a heat exchanger having an inlet end and an outlet end, the inlet end secured in one of the first and second holes and the outlet end secured in the other of the first and second holes, the heat exchanger describing at least a 360° loop between the inlet and outlet ends, and a burner mounted in the inlet end of the heat exchanger to provide a flow products of combustion into the heat exchanger.

In some embodiments, the inlet end of the heat exchanger is secured in the first hole, and the outlet end of the heat exchanger is secured in the second hole, which is in the top of the water heater. In some embodiments, the water heater may also include a plenum in the top of the tank. In such embodiments, the outlet end of the heat exchanger communicates with the plenum such that the pressure of the products of combustion are reduced as they exit the heat exchanger, and the products of combustion exhaust from the water heater substantially entirely under the influence of natural convection.

In another embodiment the invention provides a method of manufacturing a water heater, the method comprising forming a water storage tank having a side, top and bottom, forming a first hole in the side of the tank, and a second hole in one of the top and bottom of the tank, forming a heat exchanger from a straight metal tube by bending the tube to form an at least 360° loop, the heat exchanger having an inlet end and an outlet end with the at least 360° loop in between, securing the inlet end of the heat exchanger in the first hole of the tank, and securing the outlet end of the heat exchanger in the second hole of the tank.

In yet another embodiment the invention provides a method of interfacing a natural convection vent construction with a water heater having a flue and a power burner providing products of combustion to the flue under positive pressure, the method comprising interposing an exhaust plenum between the flue and the natural convection vent construction, lowering the pressure of the products of combustion within the plenum, and permitting the products of combustion to rise out of the plenum and into the natural convection vent construction substantially entirely under the influence of natural convection.

In still another embodiment the invention provides a method for heating water in a water storage tank with a power burner, the method comprising forcing, under the influence of

2

the power burner, products of combustion downwardly in the tank, then turning the products of combustion at least 360° within the tank, then forcing, under the influence of the power burner, products of combustion upwardly in the tank, then expanding the products of combustion to decouple the products of combustion from the influence of the power burner, and then exhausting the products of combustion substantially entirely under the influence of natural convection.

Other aspects of the invention will become apparent by consideration of the detailed description and accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a perspective view of a water heater according to one embodiment of the present invention.

FIG. **2** is a side view of a water heater according to one embodiment of the present invention.

FIG. **3** is an enlarged view of the plenum portion in the top of the water heater.

FIG. **4** is a side view of an alternative flue tube construction.

FIG. **5** is a side view of another alternative flue tube construction.

FIG. **6** is a side view of another alternative flue tube construction.

FIG. **7** is a side view of another alternative flue tube construction.

## DETAILED DESCRIPTION

Before any embodiments of the invention are explained in detail, it is to be understood that the invention is not limited in its application to the details of construction and the arrangement of components set forth in the following description or illustrated in the following drawings. The invention is capable of other embodiments and of being practiced or of being carried out in various ways. Also, it is to be understood that the phraseology and terminology used herein is for the purpose of description and should not be regarded as limiting. The use of "including," "comprising," or "having" and variations thereof herein is meant to encompass the items listed thereafter and equivalents thereof as well as additional items. Unless specified or limited otherwise, the terms "mounted," "connected," "supported," and "coupled" and variations thereof are used broadly and encompass both direct and indirect mountings, connections, supports, and couplings. Further, "connected" and "coupled" are not restricted to physical or mechanical connections or couplings.

FIGS. **1** and **2** illustrate a water heater **10** including a generally cylindrical tank **15** having a side **20**, a top **25** and a bottom **30**. The illustrated tank **15** has a longitudinal tank axis **35** which in the illustrated embodiment is vertical, but could be horizontal in alternative embodiments. In such embodiments with a horizontal longitudinal tank axis **35**, the tank **15** is tipped 90° such that what is illustrated as the top and bottom **25**, **30** in FIGS. **1** and **2** become side walls of the tank **15**, and the portion of the side **20** of the cylindrical tank **15** facing upwardly becomes the top of the tank **15**. In other embodiments, the tank **15** may be provided in shapes other than cylindrical.

An insulating jacket **40** surrounds the tank **15**. A cold water inlet spud **45** and a hot water outlet spud **50** are affixed to the top **25** of the tank **15**. Cold and hot water pipes communicate with the inside of the tank **15** through the respective cold and hot water spuds **45**, **50**. A dip tube **55** extends into the tank **15** from the cold water inlet spud **45** to deliver cold water into the

US 8,375,897 B2

3

tank **15**. Although the illustrated inlet and outlet spuds **45**, **50** are on the top **25** of the tank **15**, in other embodiments the spuds may also (or instead) be provided on the side **20** of the tank **15** to provide alternative options for connecting the cold and hot water pipes. Having spuds in multiple locations on the water heater helps to accommodate the various cold and hot water pipe connections that may be encountered in various buildings.

Water in the tank **15** is heated by means of a power burner **60**, a heat exchanger or flue tube **65**, an exhaust plenum **70**, and a draft hood **75**. Mounted to the side **20** of the tank **15** or to the insulation jacket **40** is an enclosure **80** that surrounds the power burner **60**. The power burner **60** includes a premix burner **83** extending into the flue tube **65**, an electric motor **85**, and a blower **90**. The burner **60** creates products of combustion by burning a fuel/air mixture, and the motor **85** drives the blower **90** to force the products of combustion into the flue tube **65** under positive pressure.

The flue tube **65** includes a straight segment **95** terminating in an inlet end **95a** and a straight segment **100** terminating in an outlet end **100a**. The flue tube **65** is substantially fully submersed in the water tank **15**, with the inlet end **95a** secured in a hole in the side **20** of the tank **15** and the outlet end **100a** secured in a hole in the top **25** of the tank **15** and extending into the plenum **70**. In other embodiments the inlet end **95a** may be secured in a hole in the top **25** or bottom **30** of the tank **15**, and the outlet end **100a** may be secured in a hole in the side **20** or bottom **30** of the tank **15**.

In the illustrated embodiment, the straight segment **95** extends downwardly into the tank **15** at an angle θ of between about 20° and 45° with respect to vertical. The flue tube **65** then describes a loop **105** of at least 360° (i.e., there may be multiple loops). Although in the illustrated embodiment, the loop **105** is about an axis that is substantially perpendicular to the tank longitudinal axis **35** (i.e., perpendicular to the plane of FIG. **2**), in other embodiments the loop **105** may be about a different axis, including an axis that is parallel and/or collinear with the tank longitudinal axis **35**. From the loop **105**, the straight segment **100** rises up to the exhaust plenum **70** within about 10° of vertical (i.e., within a 10° cone around the longitudinal axis **35**).

With reference to FIG. **3**, the flue tube **65** terminates in the plenum **70**, which is part of the top **25** of the water tank **15**. To facilitate cost-effective manufacturing, the flue tube **65** extends into the plenum **70** to the extent necessary (e.g., on the order of ¾") to weld the flue tube **65** to the plenum **70**. In other embodiments, the flue tube **65** may be made flush with the bottom of the plenum **70** through a flange or other structural interface between the flue tube **65** and plenum **70**. The same holds true for the connection of the inlet end **95a** of the flue tube **65** to the water tank **15**. The inlet end **95a** may extend out of the tank **15** to facilitate welding, or may be flush-mounted.

A baffle **110** is positioned in the straight segment **100** of the flue tube **65** to reduce the velocity and pressure of the products of combustion as they approach the outlet end **100a** of the flue tube **65**. The shape and length of the baffle **110** may vary from what is illustrated, provided the basic functionality is met. The baffle **110** may be designed to reduce velocity and pressure of the products of combustion such that the products of combustion creep over the outlet end **100a** of the flue tube **65** and "spill" into the plenum **70**. Alternatively, the baffle **110** may include an optional deflector **115** that directs products of combustion down into the plenum **70** should the products of combustion have more velocity and pressure, in which case the deflector **115** prevents the products of combustion from rising directly into the draft hood **75**. The baffle **110** may be

4

supported by the outlet **100a** of the flue tube **65** and may extend the entire length of the straight segment **100** down to the top of the loop **105**. The flow of the products of combustion within the plenum **70** is represented by the arrows in FIG. **3**. In the plenum **70**, the pressure of the products of combustion drops near or below atmospheric pressure, and the products of combustion are therefore able to rise out of the plenum **70** and into the draft hood **75** substantially entirely under the influence of natural convection. In the draft hood **75**, the products of combustion mix with ambient air (as represented by the additional arrows around the draft hood **75**).

In this regard, the plenum **70** and baffle **110** may be said to uncouple the flow of the products of combustion from the power burner **60**. In other words, the products of combustion enter the plenum **70** under the influence of the power burner **60**, but exhaust from the plenum **70** without the influence of the power burner **60**. Thus, the present water heater **10** can be retrofitted into a Category I venting system despite the fact that the water heater **10** utilizes a power burner **60**.

The flue tube **65** is formed from a single, seamless tube that is bent to include the straight segments **95**, **100** and the loop **105**. The term "seamless" is used herein to describe a tube that includes no circumferential welded joints joining segments of the tube together, and is not intended to exclude tubes that have longitudinal (whether welded or not) seams created by forming the flue tube into a cylinder from a flat or curved sheet of metal. The flue tube **65** may be formed from a metallic material, such as stainless steel, aluminum, or another suitable material. Because the flue tube **65** is formed of a single, seamless tube, there are no welding joints between the inlet and outlet ends **95a**, **100a**. Weld joints and the material around weld joints are often particularly vulnerable to failure under fatigue, which may arise from the periodic heating and cooling in the normal operation of a water heater. The present invention therefore reduces the likelihood of fatigue failure within the flue tube **65** by using a single seamless tube.

The loop sections **105** illustrated in FIGS. **2** and **4**-**7** are but a few examples of how the flue tube **65** may be bent to meet the requirements of the present invention. With reference to FIG. **2**, the loop **105** describes a smooth, unbroken arc of between about 270° and 360°. In FIG. **4**, the loop **105** includes three substantially straight segments **120**. In FIG. **5**, the loop **105** includes five substantially straight segments **125**. In FIG. **6**, the loop **105** includes a U-shaped portion **130** and substantially straight segment **135**. In FIG. **7**, the loop **105** includes four substantially straight segments **140**. In each of FIGS. **2** and **4**-**7**, the segments of the loop **105** and the straight segments **95**, **100** are joined with transitional radiused corners **145** for smooth flow. The radiused corners **145** on either side of the substantially straight segment **140** at the bottom of the loop **105** in FIG. **7** describe arcs of about 90°, while the other radiused corners in the embodiments of FIGS. **2** and **4**-**7** describe smaller arcs.

The flue tube **65** provides the same efficiency as other heat exchangers but with less heat transfer area due to the turbulent flow of combustion gases through the flow pattern. The loop **105** of the flue tube **65** provides a longer flow path for combustion gases which leads to a higher level of heat transfer, and higher thermal efficiencies when compared to U-shaped or straight flues. Since this type of heat exchanger eliminates the need for a dry combustion chamber, scale and lime buildup is reduced, which extends the life of the tank **15**. Also, since there is only one flue tube **65**, there are fewer welds, which may result in lower cost of manufacturing and a longer life. The power burner **60** may be a low NOx burner that creates NOx emissions of less than 55 ppm, and in some cases less than 20 ppm.

US 8,375,897 B2

5

A water heater according to the present invention provides greater tank capacity in a smaller tank and footprint than known water heaters. In one embodiment, for example, the water heater **10** has a height (measured from the bottom **30** of the tank **15** to the top of the draft hood **75**) of less than 67.5 inches, a tank footprint not greater than 1,020 square inches, and a tank capacity of at least 71 gallons. A water heater in accordance with the present invention may have, for example, an efficiency of at least about 82%.

Manufacturing a water heater according to the present invention includes the steps of forming the water storage tank **15**, providing a first hole in the side of the tank and a second hole in one of the top and bottom **25**, **30** of the tank. While in the illustrated embodiment, the second hole is formed in the top **25** of the tank **15**, in other embodiments it might be formed in the bottom **30**. The heat exchanger **65** is then formed from a straight seamless metal tube, including the loop **105** between the inlet and outlet ends **95***a*, **100***a*. The inlet end **95***a* is secured (e.g., welded or fastened via a flange on the inlet end **95***a*) in the first hole and the outlet end **100***a* is secured in the second hole (e.g., is extended into the plenum **70**). The power burner **60** is then inserted into the inlet end **95***a* of the flue tube **65** in order to force products of combustion into the flue tube **65**. The draft hood is installed on top of the water heater **10** and communicates with the plenum **70**. A water heater according to the present invention can replace an existing atmospheric water heater without the need to modify the exhaust structure. Because of the relatively high capacity-

6

to-size ratio of a water heater according to the present invention, the present water heater should be able to retro-fit into the space occupied by most existing gas water heaters without reducing, and in most cases actually increasing, the hot water capacity for the user.

Various features and advantages of the invention are set forth in the following claims.

What is claimed is:

**1**. A method of interfacing a natural convection vent construction with a water heater, the method comprising:

providing a water heater having a burner, a blower, and a flue;

creating products of combustion with the burner;

forcing the products of combustion into the flue under positive pressure with the blower;

interposing an exhaust plenum between the flue and the natural convection vent construction;

dropping the pressure of the products of combustion to near atmospheric pressure within the plenum; and

permitting the products of combustion to rise out of the plenum and into the natural convection vent construction substantially entirely under the influence of natural convection;

wherein the natural convection vent construction includes a draft hood, the method further comprising mixing ambient air with the products of combustion as the products of combustion flow into the draft hood.

\* \* \* \* \*