IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AOS HOLDING COMPANY and<br>A. O. SMITH CORPORATION,<br><br>       Plaintiffs,<br><br>   vs.<br><br>BRADFORD WHITE CORPORATION,<br><br>       Defendant. | )<br>)<br>)<br>)   C.A. No. 18-412-LPS-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's instructions during the status conference held on June 4, 2020, the parties hereby submit this Joint Status Report.

The parties confirm that a jury trial is being waived and the trial will proceed as a bench trial. The parties have discussed the prospect of trying to begin trial on July 21, 2020 and they agree that, under the present circumstances, there are limitations and impediments that could be minimized or avoided by a modest postponement. The parties agree that trial could begin the week of September 21, 2020 (with agreement to avoid dates that interfere with the Jewish holidays at the end of September, on the 28th and 29th) or in October 2020. The parties request 16 hours per side for trial. The parties also agree that the preferred way to proceed, to the extent that it is possible and safe to do so, would be to have lawyers and witnesses present in the courtroom. However, there may particular witnesses who need or prefer to participate by videoconference, and the parties are committed to cooperating to address such circumstances as they arise. The parties recognize that flexibility may be necessary and agree to continue to cooperate to find an appropriate balance between proceeding quickly yet safely under the fluid circumstances.

Counsel are prepared to answer any questions or appear for a telephonic status conference as the Court deems appropriate.

Dated: June 9, 2020

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ David A. Bilson*
John C. Phillips, Jr., (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
jcp@pmhdelaw.com
dab@pmhdelaw.com
*Attorneys for Plaintiffs*

Respectfully submitted,

RATNERPRESTIA, P.C.

*/s/ Andrew J. Koopman*
Andrew J. Koopman (#5288)
Christopher H. Blaszkowski (#5673)
Nemours Building
1007 Orange Street, Suite 205
Wilmington, DE 19801
akoopman@ratnerprestia.com
cblaszkowski@ratnerprestia.com
*Attorneys for Defendant*